ALFONSO AMBROSELLI, Appellant, v. ERIE RAILROAD COMPANY, Respondent.— Judgment reversed on the facts, with costs of this appeal, and motion to amend the complaint, as stated by plaintiff's counsel on the trial, granted, upon payment by plaintiff of all costs accrued to date of making motion to amend at the trial, the answer already filed to stand as an answer to the amended complaint. (See Rules Civ. Prac. rule 166.) All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

THERESA KUNTZ, Appellant, v. LLOYDS CASUALTY COMPANY, Respondent.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

SAM COMISAR, Appellant, v. RIDGELAND REALTY Co., INCORPORATED, and Others, Defendants, Impleaded with CHARLES K. LANDAU and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

WILLIAM A. TIBBITS, Appellant, v. CITY OF UTICA, Respondent, and THOMAS C. REDMOND, as Treasurer, etc., Defendant.—Judgment affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ. [140 Misc. 900.]

HERBERT HUBERT, Appellant, v. HENDERSON-JOHNSON COMPANY, INCORPORATED, and Another, Respondents.—Judgment and order affirmed, with costs. Per Curiam. The fact that plaintiff was protected by compensation insurance first came into the case through plaintiff pleading it in his complaint. He also introduced evidence showing that he had such protection, and that he had duly made his election to sue a third party. Even so, we might be inclined to hold that the plaintiff had been prejudiced by the frequent mention of compensation insurance all through the trial and even in the charge (*Zimber* v. *Kress*, 225 App. Div. 16), were it not that the great weight of evidence supports the verdict. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

VINCENZO LOCASTRO, Respondent, v. PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.